ALBERT L. BOASBERG
Attorney at Law
Alexander Building, Suite 1106
155 Montgomery Street
San Francisco, CA 94104
Telephone (415) 989-6960
State Bar No. 31205

Attorney for Plaintiff
ANTONIO OZUNA, JR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO OZUNA, JR., <br><br> Plaintiff, <br> vs. <br><br> AMERICAN FEDERATION OF, <br> GOVERNMENT EMPLOYEES, <br> COUNCIL OF PRISON LOCALS, <br> LOCAL 3584; JOHN GAGE, <br> DOES 1 TO 10, <br><br> Defendants. | No. C 06 3820 PJH <br><br> COMPLAINT FOR BREACH OF UNION'S DUTY OF FAIR REPRESENTATION (29USCA Sec. 185) <u>AND DEMAND FOR TRIAL BY JURY</u> |

Plaintiff, ANTONIO OZUNA, JR., alleges as follows:

1. Plaintiff brings this action under, and jurisdiction thereof is conferred on this Court, by virtue of Sec. 301 of the Labor Management Relations Act of 1947, as amended, (29 USCA Sec. 185), hereinafter referred to "the Act", to recover damages for Plaintiff's unlawful discrimination by Plaintiff's employer, the U.S. Department of Justice, Federal Bureau of Prisons.

2. On or about October 26, 2006, Plaintiff was denied promotion and the salary and benefits to which he was entitled because of his race, sex, age, disability, national origin and color.

3. Plaintiff is a Hispanic male, over the year of 40 and suffers from an ankle injury.

4. Defendant, JOHN GAGE, is the President of Defendant union.

5. Defendant union was and still is a labor organization, representing employees in an industry affecting commerce, as defined in Secs. 2(5) and 501(1) and (3) of the Act and within the meaning of Sec. 301 of the Act.

6. During all times mentioned herein, Defendant Union was the certified collective bargaining representative of the bargaining unit of Plaintiff's said employer.

7. Despite Plaintiff's timely demands for action on his behalf, Defendants took no action to protest or to counter the illegal discrimination directed at Plaintiff by his said employer, and as a proximate result thereof, Plaintiff has lost salary and other employments in a sum well in excess of $75,000.

8. Prior to instituting this suit, Plaintiff duly filed a complaint against Defendants for discrimination with the U.S. Equal Employment Opportunity Commission, and Plaintiff has duly received a "right-to-sue" letter.

WHEREFORE, Plaintiff prays for judgment against Defendants, as follows:

1. For compensatory damages, according to proof;

2. For punitive damages, according to proof;

      3.    For reasonable attorney's fees;

      4.    For trial by jury; and

      5.    For such other relief as the Court may deem meet and proper.

Dated: September 27, 2007.

                                                                                                                  ALBERT L. BOASBERG,
                                                                                                                   Attorney for Plaintiff