ALBERT L. BOASBERG
Attorney at Law
Alexander Building, Suite 1106
155 Montgomery Street
San Francisco, CA 94104
Telephone (415) 989-6960
State Bar No. 31205

Attorney for Plaintiff
ANTONIO OZUNA, JR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO OZUNA, JR., | ) | No.  C 07-05034 JCS |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CONSENT TO PROCEED BEFORE A |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| AMERICAN FEDERATION OF, | ) | |
| GOVERNMENT EMPLOYEES, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. ; Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  October 4, 2007.                                 _____
                                                                                     ALBERT L. BOASBERG,
                                                                                     Counsel for Plaintiff