**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10   ANTONIO OZUNA JR.                              NO. CV 07-05034 JCS

11                 Plaintiff,                        **CLERK'S NOTICE RE: FAILURE
                                                     TO FILE ELECTRONICALLY
          v.                                         AND/OR REGISTER AS AN E-
12                                                   FILER**

13   AMERICAN FEDERATION OF GOVT EMPLOYEES,
     ET AL
14                 Defendant.
                                                /
15

16   On **9/28/07**, counsel for **Plaintiff** filed a **Complaint** manually, on paper. This case has been designated

17   for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

18

19   The above mentioned  paper document has been filed and docketed. However, General Order 45

20   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

21   presumptively designated" as e-filing cases. Therefore, counsel for **Plaintiff**  should submit the

22   **Complaint**, in PDF format within 10 days, as an attachment in an ***e-mail*** message directed to the judges

23   chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and

24   follow the procedure listed there).  Do ***not*** e-file a document which has been previously filed on paper,

25   as is the case with the above mentioned filing. All subsequent papers should be e-filed.

26

27   Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

28   become an ECF User and be assigned a user ID and password for access to the system upon designation

1  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

2  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

3  at ecf.cand.uscourts.gov.

4  Dated: October 18, 2007                                Gina Agustine-Rivas
                                                         Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                              2

**United States District Court**
For the Northern District of California