Albert L. Boasberg
Alexander Building, Suite 1106
155 Montgomery Street
San Francisco, CA 94104
Telephone (415) 989-6969
(State Bar No. 31205)

Attorney for Plaintff
ANTONIO OZUNA, JR.

Andres M. Grajales
AFGE, Office of General Counsel
80 F. Street, N.W.
Washington, D.C. 20001
Telephone 202-639-6426
Fax (202)-639-6441

Attorney for Defendants
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,
COUNCIL OF PRISON LOCALS, LOCAL 3584, and
JOHN GAGE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Ozuna, Jr.,<br><br>           Plaintiff,<br><br>     vs.<br><br>American Federation of Gov't Employees, Council of Prison Locals, Local 3584, *et al.*,<br><br>           Defendants. | Case No.: CV 07-05034 (JCS)<br><br>**STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT** |

   Pursuant to Civil Local Rule 6-1(a), plaintiff ANTONIO OZUNA, JR., and defendants AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, COUNCIL OF PRISON LOCALS, LOCAL 3584, and JOHN GAGE, through their respective counsels stipulate to

Stipulation Extending Deadline to Answer          -1-
C-07-05034 (JCS)

extend the deadline for defendants to answer, move or otherwise plead in response to the complaint as follows:

1. The current deadline for defendants to answer, move or otherwise plead in response to plaintiff's complaint in this action is December 3, 2007.

2. Due to plaintiff's counsel's schedule and the press of business, plaintiff's counsel has requested that defendants not answer, move or otherwise plead in response to the complaint so that plaintiff's counsel may conduct legal research pertinent to this action.

3. As such, the parties stipulate that defendant's deadline to answer, move or otherwise plead in response to the complaint shall be extended up to and including December 18, 2007.

Respectfully submitted,

Dated: November 30, 2007                ALBERT L. BOASBERG

                                                                     /s/ Albert L. Boasberg
                                                             Attorney for Plaintiff

Dated: November 30, 2007                ANDRES M. GRAJALES

                                                             /s/ Andres M. Grajales*
                                                             Attorney for Defendants

* Counsel for defendants is admitted to practice before the District of Columbia Court of Appeals (Bar no. 476894), but is not admitted to practice in the Northern District of California. Counsel for Defendants therefore respectfully requests leave to appear for the limited purpose of this Stipulation. Counsel for defendants is in the process of obtaining local counsel, and if this matter continues will respectfully move the Court for admission *pro hac vice*.

Dated: 12/4/7                                                           /s/ Andres M. Grajales
                                                                   Andres M. Grajales



IT IS SO ORDERED
Judge Joseph C. Spero