# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ANTONIO OZUNA JR.,

        Plaintiff,

  v.

AMERICAN FEDERATION OF GOVT
EMPLOYEES et al,

        Defendant.

_____/

Case Number: CV07-05034 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andres M Grajales
AFGE, Office of General Counsel
80 F Street, N.W.
Washington, DC 20001

Dated: December 6, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk