UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO OZUNA, JR.,

        Plaintiff,

vs.

AMERICAN FEDERATION OF GOV'T EMPLOYEES, COUNCIL OF PRISON LOCALS, LOCAL 3584, *et al.*,

        Defendants.

Case No.: CV 07-05034 (JCS)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

    Defendant's' Motion to Dismiss having come on for hearing before this Court on February 15, 2008, Albert L. Boasberg appearing for plaintiff Antonio Ozuna, Jr and Andrew M. Grajales and Mary Dryovage, appearing for the Defendants, American Federal of Government Employees, Council of Prison Locals, Local 3584, *et al*. This Court having considered the papers in support of and in opposition to Defendant's Motion to Dismiss and the entire record herein filed herein by the parties hereto, upon review of the submissions of the parties and for good cause, it is hereby

    **ORDERED** that defendants' Motion to Dismiss is GRANTED; and it is

    **FUTHER ORDERED** that the above-captioned action against defendants American Federation of Government Employees, Council of Prison Locals, Local 3584, and John Gage is hereby **DISMISSED WITH PREJUDICE**.

1  IT IS SO ORDERED.

2  Dated: _____

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Proposed Order Granting
Defendants' Motion to Dismiss           -2-
C-07-05034 (JCS)