MARY DRYOVAGE, Cal. Bar No. 112551
Law Offices of Mary Dryovage
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: 415-593-0095
Facsimile: 415-593-0096
Email: mdryovage@igc.org

MARK ROTH, General Counsel, *Pro Hac Vice*
ANDRES M. GRAJALES, *Pro Hac Vice*
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street NW
Washington DC 20001-1583
Telephone: 202 639-6426
Facsimile: 202 639-6441
Email: Grajaa@afge.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO OZUNA, JR., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, COUNCIL OF PRISON LOCALS, LOCAL 3584, *et al.*, <br><br> Defendants. | No. 07-05034 JCS <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br> **[N. D. Cal. Local Rule 11-2(b)]** |

     Pursuant to Civil Local Rule 11-3, Andres M. Grajales, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendants American Federation of Government Employees, Council of Prison Locals, Local 3584, and John Gage in the above-entitled action.

     In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, phone number and email address of that attorney is:

> MARY DRYOVAGE, Cal. Bar No. 112551
> Law Offices of Mary Dryovage
> 600 Harrison Street, Suite 120
> San Francisco, CA  94107
> Telephone: 415-593-0095
> Facsimile:  415-593-0096
> Email: mdryovage@igc.org

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted

DATED:  December 18, 2007            /s/ Andres M. Grajales
                                     Andres M. Grajales