MARY DRYOVAGE, Cal. Bar No. 112551
Law Offices of Mary Dryovage
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: 415-593-0095
Facsimile: 415-593-0096
Email: mdryovage@igc.org

MARK ROTH, General Counsel, *Pro Hac Vice*
ANDRES M. GRAJALES, *Pro Hac Vice*
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street NW
Washington DC 20001-1583
Telephone: 202 639-6426
Facsimile: 202 639-6441
Email: Grajaa@afge.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO OZUNA, JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, COUNCIL OF PRISON LOCALS, LOCAL 3584, *et al.*,<br><br>　　　　　Defendants. | No. 07-05034 JCS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br>**[N. D. Cal. Local Rule 11-2(b)]** |

　　　Pursuant to Civil Local Rule 11-3, Mark D. Roth, an active member in good standing of

the bar of the District of Columbia, hereby applies for admission to practice in the Northern

District of California on a *pro hac vice* basis representing defendants in the above-entitled action.

　　　In support of this application, I certify on oath that:

1.　　I am an active member in good standing of a United States Court or of the highest court

      of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, phone number and email address of that attorney is:

>MARY DRYOVAGE, Cal. Bar No. 112551
>Law Offices of Mary Dryovage
>600 Harrison Street, Suite 120
>San Francisco, CA  94107
>Telephone: 415-593-0095
>Facsimile:  415-593-0096
>Email: mdryovage@igc.org

      I declare under penalty of perjury that the foregoing is true and correct.

                        Respectfully submitted

DATED: December 18, 2007          /s/ Mark D. Roth