MARY DRYOVAGE, Cal. Bar No. 112551
Law Offices of Mary Dryovage
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: 415-593-0095
Facsimile: 415-593-0096
Email: mdryovage@igc.org

MARK ROTH, General Counsel, *Pro Hac Vice*
ANDRES M. GRAJALES, *Pro Hac Vice*
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES
80 F Street NW
Washington DC 20001-1583
Telephone: 202 639-6426
Facsimile: 202 639-6441
Email: Grajaa@afge.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO OZUNA, JR.,<br><br>           Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, COUNCIL OF PRISON LOCALS, LOCAL 3584, *et al.,*<br><br>           Defendants. | NO. 07-05034 JCS<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Mark D. Roth , an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is AFGE-GCO, 80 F. Street, NW, Washington, D.C. 20001, 202-639-6426, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants American Federation of Government Employees, Council of Prison Locals, Local 3584, and John Gage in

the above-captioned action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order NO. 45, Electronic Case Filing.

IT IS SO ORDERED.

DATED:

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE