UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO OZUNA JR.,

    Plaintiff(s),

v.

AMERICAN FEDERATION OF GOVT EMPLOYEES,

    Defendant(s).
_____/

No. C 07-05034 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: December 19, 2007       /S/ MARY DRYOVAGE
                               Signature

Dated: December 19, 2007      /S/ ANDRES M. GRAJALES
                               Signature

Counsel for DEFENDANT _____
(Name or party or indicate "pro se")