UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO OZUNA JR.,            No. C 07-05034 (JCS)

    Plaintiff(s),

                                   CLERK'S NOTICE

    v.

AMERICAN FEDERATION OF GOVT EMPLOYEES, COUNCIL OF PRISON LOCALS,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Dismiss before Magistrate Judge Spero previously noticed for February 15, 2008, at 9:30 AM., has been reset to **March 7, 2008, at 1:30 PM,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Regardless of whether the Court reschedules the hearing date, the opposition memorandum shall be filed by **January 25, 2008**, and the reply brief shall be filed by **February 1, 2008**. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: January 7, 2008

                                         FOR THE COURT,
                                         Richard W. Wieking, Clerk

by: _____
     Karen L. Hom
     Courtroom Deputy