UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO OZUNA JR., | No. C 07-05034 (JCS) |
| Plaintiff(s), | |
| v. | AMENDED CLERK'S NOTICE |
| AMERICAN FEDERATION OF GOVT EMPLOYEES, COUNCIL OF PRISON LOCALS, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference, previously noticed for January 11, 2008 at 1:30 PM, and the hearing on Defendant's Motion to Dismiss, previously noticed for February 15, 2008, at 9:30 AM., before Magistrate Judge Spero have been continued to **March 7, 2008, at 1:30 PM,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Regardless of whether the Court reschedules the hearing date, the opposition memorandum shall be filed by **January 25, 2008**, and the reply brief shall be filed by **February 1, 2008**. The joint case management conference statement shall be due by **February 29, 2008.** Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: January 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_
Karen L. Hom
Courtroom Deputy