ALBERT L. BOASBERG
Attorney at Law
Alexander Building, Suite 1106
155 Montgomery Street
San Francisco, CA 94104
Telephone (415) 989-6960
State Bar No. 31205

Attorney for Plaintiff
ANTONIO OZUNA, JR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO OZUNA, JR., | ) | No.  C 07-05034 JCS |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF VOLUNTARY |
| | ) | DISMISSAL WITH PREJUDICE |
| AMERICAN FEDERATION OF, | ) | |
| GOVERNMENT EMPLOYEES, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to FRCiv P 41(a)(1), and upon review of the legal authorities submitted by Defendants, Plaintiff, ANTONIO OZUNA, JR., by and through his undersigned counsel voluntarily dismisses the above-captioned action with prejudice.

Because Defendants have not filed an answer or motion for summary judgment, Plaintiff is entitled to dismiss this action without order of court.  FRCiv P 41(a)(1).  In the event that an order of court is required, the undersigned counsel affirms that he has spoken with Defendants' counsel, Andres M. Grajales, and Defendants consents to dismissal of this action with prejudice.

Respectfully submitted,

Dated:  February 1, 2007.                    /s/_____
                                                            ALBERT L. BOASBERG,
                                                            Counsel for Plaintiff

Notice of Dismissal